UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT LEE HASKINS,<br><br>             Plaintiff,<br><br>        v.<br><br>J. CASTELLON, et al.,<br><br>             Defendants. | Case No. 2:18-08223 DSF (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated December 17, 2020 [Dkt. No. 55], Plaintiff's Objections to the R&R ("Objections") [Dkt. No. 58], and Defendants' Response to Plaintiff's Objections [Dkt. No. 59].

      Nothing in the Objections refutes the Magistrate Judge's finding that all claims in the current case must be dismissed for a failure to exhaust administrative remedies pursuant to the Prison Litigation Reform Act.  See [Dkt. No. 55, p. 14].  Plaintiff does not identify any portion of the R&R that purportedly misapplied the law or failed to consider

1  the significance of Plaintiff's facts, nor does Plaintiff object to the finding that he failed
2  to exhaust administrative remedies.  Plaintiff's objections, consisting of wholly new
3  arguments and repeated conclusory allegations with no factual or evidentiary support
4  do not refute the finding that there is no genuine issue of material fact whether Plaintiff
5  exhausted his administrative remedies.

6  As such, after thorough analysis and consideration of the Complaint, the Motion
7  for Summary Judgment, the Report and Recommendation and its related documents,
8  and having performed a <u>de</u> <u>novo</u> review of those portions to which objections were
9  made, the Court concurs with and accepts the findings, conclusions and
10 recommendations of the Magistrate Judge.

11 Accordingly, IT IS HEREBY ORDERED:

12 1. The United States Magistrate Judge's Report and Recommendation,
13    [Dkt. No. 55], is accepted;
14 2. Defendants' Motion for Summary Judgment [Dkt. No. 40] is granted;
15 3. Plaintiff's Request to Stay [Dkt. No. 46] is denied;
16 4. The case is dismissed without prejudice; and
17 5. Judgment is to be entered accordingly.

DATED:  February 1, 2021

_____
THE HONORABLE DALE S. FISCHER
United States District Judge