JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT LEE HASKINS, | Case No. 2:18-08223 DSF (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| J. CASTELLON, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: February 1, 2021

_____
THE HONORABLE DALE. S. FISCHER
United States District Judge